UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20588-CR-MOORE

UNITED STATES OF AMERICA

v.

SARA TANIA RUIZ,

        Defendant.

_____/

## FACTUAL PROFFER

The Government and Defendant SARA TANIA RUIZ agree that had this case gone to trial, the Government would have proved the following facts beyond a reasonable doubt, and that these facts are true and correct and establish Defendant's guilt of the offense to which she has been charged, namely, conspiracy to receive health care kickbacks.

Beginning at least in or around April 2016, and continuing through in or around September 2017, Defendant SARA TANIA RUIZ conspired to solicit and receive health care kickbacks, that is, she conspired with others, including Maricela Chavez, to knowingly and willfully solicit and receive remuneration, including kickbacks, directly and indirectly, overtly and covertly, in checks and in kind, in return for referring an individual to a person for the furnishing of any item and service for which payment may be made in whole and in part under a Federal health care program, that is, Medicare.

More specifically, between April 2016 and continuing through in or around September 2017, SARA TANIA RUIZ referred Medicare beneficiaries to Maricela Chavez in exchange for approximately $1,800 per patient home health session. Chavez was the owner and operator of ACM Home Health Corp. (ACM) and TC Home Health, Inc. (TC), two home health agencies

located in the Southern District of Florida. Chavez used the referred Medicare beneficiaries to bill Medicare for home health services. In return for the referrals, Chavez, through ACM and TC, made improper kickback payments to RUIZ by checks made payable to RUIZ's personal bank account.

The parties agree that the improper benefit conferred to the home health agencies based on the kickbacks solicited and received by SARA TANIA RUIZ exceeds $60,000. The parties agree that the Government could prove that, during the conspiracy, at least one of the conspirators knowingly engaged in at least one overt act as described in the indictment and that the overt act was knowingly committed at or about the time alleged and with the purpose of carrying out or accomplishing some object of the conspiracy. The foregoing facts do not describe all the details of the scheme, or Defendant's complete knowledge of the scheme, but are offered for the limited purpose of establishing a sufficient factual basis to support Defendant's plea of guilty to the conspiracy to defraud the United States of America and to receive healthcare kickbacks.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/6/19    By: _____
                     TIMOTHY J. ABRAHAM
                     ASSISTANT UNITED STATES ATTORNEY

Date: 11/6/19    By: _____
                     SUSY RIBERO AYALA
                     ATTORNEY FOR THE DEFENDANT

Date: 11/6/19    By: _____
                     SARA TANIA RUIZ
                     DEFENDANT